CITY OF HARTFORD *v.* CONNECTICUT NATURAL GAS
CORPORATION ET AL.

The named defendant's motion to dismiss the appeal from the Court of Common Pleas in Hartford County is granted.

*J. Read Murphy* and *John E. Silliman,* for the appellee (named defendant).

*Frederick D. Neusner* and *Richard L. Barger,* assistant attorneys general, for the appellee (defendant Public Utilities Commission).

*Peter G. Boucher,* assistant corporation counsel, for the appellant (plaintiff).